UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

ROBERT OTIS BURKE,  :
               Plaintiff, :
                  :
      v. : No. 5:22-cv-3464
                  :
ETHAN BARR, et al., :
               Defendants. :

## O R D E R

**AND NOW**, this 23rd day of February, 2024, for the reasons set forth in the Opinion issued this date, Defendants' Motion to Dismiss, *see* ECF No. 51, is **GRANTED** in part and **DENIED** in part as follows. **IT IS HEREBY ORDERED THAT:**

    1.    Count I Excessive Force is **DISMISSED with prejudice** as to Defendants Martin, Leath, Mengistaeb, Wendling, Steberger, Hackler, Aberts, Chirchello, Cora, and Jenkins;

    2.    Count I Intentional Infliction of Emotional Distress is **DISMISSED with prejudice** as to Defendants Lancaster County Prison, Steberger, Hackler, Aberts, Chirchello, and Jenkins;

    3.    Count II Excessive Force is **DISMISSED with prejudice** as to Steberger, Hackler, Aberts, Chirchello, Cora, and Jenkins.

    4.    Count III "Conditions of Confinement" is **DISMISSED without prejudice** as to Fischer.

    5.    Count IV is **DISMISSED with prejudice** as to Lancaster County Prison and Defendant Steberger.

    6.    In all other respects, the Motion is **DENIED**.[1]

---

[1] For clarity's sake, all that remains is: Count I Excessive Force, Assault and Battery against Defendant Mitchell; Count II: Excessive Force, First Amendment Retaliation, Assault and Battery against Defendant Barr; and Count III First Amendment Retaliation against Defendant Fischer.

7. **Within twenty (20) days of the date of this Order**, Plaintiff may file an amended complaint as to any claims dismissed without prejudice.

                                            BY THE COURT:

                                            */s/ Joseph F. Leeson, Jr.*
                                            JOSEPH F. LEESON, JR.
                                            United States District Judge