UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

ROBERT OTIS BURKE, :
          Plaintiff, :
           :
    v. : No. 5:22-cv-3464
           :
ETHAN BARR, et al., :
          Defendants. :

# O R D E R

**AND NOW**, this 19th day of March, 2025, for the reasons set forth in the Opinion issued this date, Defendants' Motion for Summary Judgment, *see* ECF No. 68, is **GRANTED** in part and **DENIED** in part as follows.  **IT IS HEREBY ORDERED THAT:**

1. With regard to the claims against Corrections Officer Keith Mitchell:

    a. Summary Judgment is **GRANTED** on the claim for Intentional Infliction of Emotional Distress;

    b. Summary Judgment is **DENIED** on the claims for Excessive Force, Assault, and Battery;

2. With regard to the claims against Corrections Officer Ethan Barr:

    a. Summary Judgment is **GRANTED** on the claim for Excessive Force, Assault, and Battery;

    b. Summary Judgment is **DENIED** on the claim for Retaliation;

3.    Summary Judgment is **GRANTED** with regard to the claim for Retaliation against Sergeant Fischer. The Clerk of Court is **DIRECTED** to terminate Sergeant Michael Fischer as a Defendant in this matter.

                  BY THE COURT:

                  */s/ Joseph F. Leeson, Jr.*
                  JOSEPH F. LEESON, JR.
                  United States District Judge